David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
ANNIE HAGGARD

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIE HAGGARD,<br><br>         Plaintiff,<br><br>    vs.<br><br>ASCENT MORTGAGE RESOURCE GROUP, LLC D/B/A AMERICAN RENT-TO-OWN,<br><br>         Defendant(s). | Case No.: **2:16-cv-02134-JCM-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN ANNIE HAGGARD AND <u>ASCENT MORTGAGE RESOURCE GROUP, LLC D/B/A AMERICAN RENT-TO-OWN</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between ANNIE HAGGARD ("Plaintiff") and Defendant ASCENT MORTGAGE RESOURCE GROUP, LLC D/B/A AMERICAN RENT-TO-OWN ("ARTO") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against ARTO, with Prejudice, within

60 days. Plaintiff requests that all pending dates and filing requirements as to ARTO be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to ARTO.

Dated: April 5, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*ANNIE HAGGARD*

**IT IS ORDERED** that the parties shall have until **June 5, 2017**, to file a stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

Dated: April 6, 2017

Peggy A. Leen
United States Magistrate Judge