David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ANNIE HAGGARD*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

ANNIE HAGGARD,

     Plaintiff,

v.

ASCENT MORTGAGE RESOURCE
GROUP, LLC D/B/A AMERICAN
RENT-TO-OWN,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:16-cv-02134-JCM-PAL**

**STIPULATION AND ORDER
DISMISSING ACTION WITH
PREJUDICE**

  Plaintiff ANNIE HAGGARD and Defendant ASCENT MORTGAGE
RESOURCE GROUP, LLC D/B/A AMERICAN RENT-TO-OWN hereby
stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated:                May 12, 2017

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/ Joshua F. Bugos, Esq. |
| David H. Krieger, Esq. | Joshua F. Bugos, Esq. |
| Nevada Bar No. 9086 | Condit Csajaghy LLC |
| HAINES & KRIEGER, LLC | 695 South Colorado Blvd. |
| 8985 S. Eastern Avenue | Suite 270 |
| Suite 350 | Denver, CO 80246 |
| Henderson, Nevada 89123 | *Attorney for Defendant ASCENT* |
| *Attorney for Plaintiff* | *MORTGAGE RESOURCE GROUP,* |
| | *LLC D/B/A AMERICAN RENT-TO-* |
| | *OWN* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 18, 2017_____